[No. 20502.  In Bank. — March 14, 1889.]

## THE PEOPLE, RESPONDENT, *v.* JOHN H. O'NEIL, APPELLANT.

CRIMINAL LAW — HOMICIDE — VERDICT. — The failure of a verdict of " guilty as charged," under an information for murder, to specify the degree of murder, vitiates the verdict.

APPEAL from a judgment of the Superior Court of Contra Costa County, and from an order refusing a new trial.

The facts are stated in the opinion of the court.

*Joseph H. Budd, James H. Budd,* and *H. C. Levynsky,* for Appellant.

*Attorney-General Johnson,* for Respondent.

The COURT.—Appellant was tried upon an information which alleged that he feloniously, unlawfully, and with malice aforethought, killed and murdered one Philip Stump. The jury returned a verdict in these words: "We, the jury, decide the defendant, John H. O'Neil, guilty as charged, the penalty to be imprisonment for life." The code provides that " whenever a crime is distinguished into degrees, the jury, if they convict the defendant, must find the degree of the crime of which he is guilty." It has been uniformly held that a failure

to specify the degree of murder under that section vitiates the verdict. (*People* v. *Campbell*, 40 Cal. 129.)

The attorney-general confesses error.

Judgment and order reversed, and cause remanded for a new trial.